Printers Machinery Corporation, appellant, v. A. J. Caron and Anthony V. Barwig, appellees. Gen. No. 34,280.

Heard in the second division of this court for the first district at the April term, 1930. ▌
▌ Opinion filed October 14, 1930.
McElroy, Ehrhardt & Quigley, for appellant; Walter Wm. Pearson, of counsel. Sumner C. Palmer, for appellees.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Leon Hill, plaintiff in error. Gen. No. 34,310.

Heard in the second division of this court for the first district at the April term, 1930. ▌ Opinion filed October 14, 1930.
Harris B. Gaines, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Edwin Dean Henikoff, defendant in error, v. Charles Lipsictz and Rose Lipsictz, plaintiffs in error. Gen. No. 34,179.

Heard in the second division of this court for the first district at the April term, 1930. ▌ Opinion filed October 14, 1930.
Daniel M. Dever, for plaintiffs in error; Daniel V. Gallery, of counsel. Latimer & Donovan, for defendant in error; Daniel L. Donovan and Chester E. Lewis, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

Joseph Siegel, trading as The Biltmore Dress Shop, appellant, v. United States Fidelity & Guaranty Company, appellee. Gen. No. 34,219.

Heard in the second division of this court for the first district at the April term, 1930. ▌ Opinion filed October 14, 1930. Rehearing denied October 27, 1930.
William Jaffe, for appellant. Eugene P. Kealy, for appellee; Chester E. Lewis and Thomas J. Cusack, of counsel.
Mr. Justice Barnes delivered the opinion of the court.